## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| WOUND CENTRICS, L.L.C., | |
| **Plaintiffs,** | **ORDER** |
| vs. | **Case No. 2:19CV691DAK** |
| LANDMARK HOLDINGS OF FLORIDA, LLC, et al., | **Judge Dale A. Kimball** |
| **Defendants,** | |

The court currently has Defendants' Motion to Dismiss scheduled for oral argument on May 14, 2020. However, due to the ongoing COVID-19 pandemic, and this court's recent General Order requesting that the court continue civil hearings, the court VACATES the May 14, 2020 hearing. In lieu of oral argument, the court will allow each party to submit an additional brief, not to exceed five pages, by Monday, May 11, 2020. The court will then take the matter under advisement and issue a Memorandum Decision and Order based on the briefing.

DATED this 4th day of May, 2020.

BY THE COURT:

DALE A. KIMBALL
United States District Judge