Jonathan A. Dibble (0881)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
jdibble@rqn.com

Matt W. Sherwood (admitted pro hac vice)
BROWN & FORTUNATO, P.C.
905 S. Fillmore, Suite 400
Amarillo, TX 79101
msherwood@bf-law.com

Attorneys for Plaintiff Wound Centrics, L.L.C.

Kevin M. Bischoff, #11380
SKOUBYE NIELSON & JOHANSEN, LLC
999 East Murray Holladay Road, Suite 200
Salt Lake City, Utah 84117
Telephone: (801) 365-1030
Facsimile: (801) 365-1031
kevin@snjlegal.com

Kenneth R. Goleaner; MO Fed Bar # 51043MO (admitted pro hac vice) SANDBERG PHOENIX
& von GONTARD, P.C.
600 Washington Avenue – 15th Floor
St. Louis, Missouri 63101-1313
Telephone: 314-231-3332
Facsimile: 314-241-7604
kgoleaner@sandbergphoenix.com

Attorneys for Defendants Landmark Holdings
of Florida, LLC, Landmark Management Services of
Florida, LLC, and Landmark Hospital of
Southwest Florida, LLC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| WOUND CENTRICS, L.L.C., a Texas Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>LANDMARK HOLDINGS OF FLORIDA, LLC; LANDMARK MANAGEMENT SERVICES OF FLORIDA, LLC; and LANDMARK HOSPITAL OF SOUTHWEST FLORIDA, L.L.C.,<br><br>    Defendants. | PLAINTIFF AND DEFENDANTS' JOINT MOTION TO DISMISS WITH PREJUDICE<br><br><br>Case No. 2:19-cv-00691-DAK-CMR<br><br>Judge Dale A. Kimball<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiff, Wound Centrics, L.L.C., and Defendants, Landmark Holdings of Florida, LLC, Landmark Management Services of Florida, LLC and Landmark Hospital of Southwest Florida, L.L.C., hereby file this Joint Motion to Dismiss with Prejudice and respectfully show the Court as follows:

Plaintiff and Defendants move this Court to dismiss this lawsuit with prejudice because all matters in controversy between the parties have been amicably settled to all parties' satisfaction.

Plaintiff prays that its claims and causes of action against Defendants be dismissed with prejudice to re-filing of same. Defendants pray that all pleadings and requests for relief they filed be dismissed with prejudice. The parties request that all costs of court be borne by the party incurring the same.

Respectfully submitted,

BROWN & FORTUNATO, P.C.

/s/ Matt W. Sherwood
Matt W. Sherwood (admitted pro hac vice)
BROWN & FORTUNATO, P.C.
905 South Fillmore, Suite 400
Amarillo, Texas 79101

Jonathan A. Dibble
RAY QUINNEY & NEBEKER P.C.

Attorneys for Plaintiff Wound Centrics, L.L.C

/s/ Kenneth R. Goleaner
Kenneth R. Goleaner (admitted pro hac vice)
SANDBERG PHOENIX & von GONTARD, P.C.
600 Washington Avenue - 15th Floor
St. Louis, Missouri 63101-1313

Kevin M. Bischoff
SKOUBYE NIELSON & JOHANSEN, LLC

Attorneys for Defendants Landmark Holdings
of Florida, LLC, Landmark Management Services
of Florida, LLC, and Landmark Hospital of
Southwest Florida, LLC

F:\DOCS\6174\003\DRFT_PLEAD\2IN6815.DOCX

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2021, a true and correct copy of the

foregoing document was served on the following:

Kenneth Goleaner
kgoleaner@sandbergphoenix.com

Kevin M. Bischoff
kevin@snjlegal.com

By:    /s/ Matt W. Sherwood
       Matt W. Sherwood